IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTOR CHRIS AMORE., <br><br> Plaintiff, <br><br> v. <br><br> LINCOLN NATIONAL LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10, <br><br> Defendants. <br> _____ / | No. C 07-00276 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

This matter is set for a hearing on April 6, 2007 at 9:00 a.m. on the motion to dismiss filed by Defendants Lincoln National Life Insurance Co. and Metropolitan Life Insurance Co. ("Defendants"). Plaintiff's opposition brief to the motion shall be filed by no later than Friday, March 2, 2007 and a reply brief, if any, shall be filed by no later than Friday, March 9, 2007..

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

IT IS SO ORDERED.

Dated: February 14, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California