# FILED

JUL 02 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTOR CHRIS AMORE, | Case No. 3:07-cv-00276-JSW |
| Plaintiff, | [PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION |
| v. | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10,. | |
| Defendants. | |

This Court has reviewed the request of Defendants Lincoln National Life Insurance Company and Metropolitan Life Insurance Company (collectively "MetLife") that they be permitted to appear telephonically at the Early Neutral Evaluation in this matter. Having read the papers submitted in support of and in opposition to the request and having considered the arguments of counsel, this Court has decided not to grant that request. Accordingly, IT IS ORDERED THAT: the request by Defendants to appear telephonically at the Early Neutral Evaluation is DENIED.

DATED: 7-2-07

_____
The Honorable WAYNE D. BRAZIL
Judge of the United States District Court
for the Northern District of California

Submitted by:

KLETTER & PERETZ

By: _____
Cary S. Kletter
Attorneys for Plaintiff
DOCTOR CHRIS AMORE

ORDER
- 1 -