Ira A. Freydkis
345 Franklin St.
San Francisco, CA 94102
415-241-2405
SBN 113126

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| CHRIS AMORE | CASE NUMBER: |
|---|---|
| Plaintiff(s) | C07-00276JSW |
| v. | |
| LINCOLN NATIONAL LIFE INSURANCE CO., et al. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

Chris Amore _____ ☒ Plaintiff ☐ Defendant ☐ Other _____
    *Name of Party*

hereby substitutes  Ira A. Freydkis _____  113126 _____ who is
                                                *State Bar Number*

☒ Retained Counsel   ☐ Court Appointed Counsel   ☐ Pro Per   345 FRANKLIN ST.
                                                                *Street Address*

San Francisco, CA 94102 _____ 415-241-2405 _____ 415-701-8540 _____ as attorney
    *City, State, Zip Code*        *Telephone Number*        *Facsimile Number*

of record in the place and stead of Cary Kletter
                                        *Present Attorney*

Dated: 8/21/07

_____
*Signature of Party*

I have given proper notice pursuant to Local Rule 2.8 and further consent to the above substitution.

Dated: 8/21/07

_____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 2.3.

Dated: 8/21/07

_____
*Signature of New Attorney*

Substitution of Attorney is hereby  ☒ Approved.  ☐ ~~Denied~~.

Dated: September 11, 2007

_____
*United States District Judge*

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at* **www.cacd.uscourts.gov**.

G-01 (07/00)        **SUBSTITUTION OF ATTORNEY**

## PROOF OF SERVICE BY MAIL

NO: C07-00276 JSW

I am a citizen of the United States; I am over the age of eighteen years and not a party to the within action; my business address is 345 Franklin St., San Francisco, CA 94102.

On this date I served the following documents:

Substitution of Attorneys

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at San Francisco, California, addressed as follows:

Royal Oakes, Esq.
Barger & Wolen
633 W. 5th St., 47th Fl.
Los Angeles, CA 90071

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA, this 30th day of August 2007.

_____
Jody Mahoney