1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5
   Attorneys for Defendants
6  Lincoln National Life Insurance Company and
   Metropolitan Life Insurance Company
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 DOCTOR CHRIS AMORE,                ) CASE NO.: C 07-00276 JSW
11                                    )
          Plaintiff,                  ) Hon. Jeffrey S. White
12                                    )
       vs.                            ) **THE PARTIES' JOINT STIPULATION**
13                                    ) **TO CONTINUE THE TRIAL DATE;**
   LINCOLN NATIONAL LIFE INSURANCE    ) **[PROPOSED] ORDER THEREON**
14 COMPANY, METROPOLITAN LIFE         )
   INSURANCE COMPANY, and DOES 1      )
15 through 10,                        )
                                      ) Complaint Filed:   December 5, 2006
16        Defendants.                 )
                                      )
17 _____    )

18

---

i:\office7\7197\177\07pleadings\stipulation re continunace of trial_100507.doc

JOINT STIPULATION TO CONTINUE THE TRIAL DATE          CASE NO.: C 07-00276 JSW

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Plaintiff Doctor Chris Amore ("Plaintiff") and Defendants Metropolitan Life Insurance Company and Lincoln National Life Insurance Company (collectively, "Defendants"; Plaintiff and Defendants are collectively the "Parties"), by and through their respective counsel of record, hereby submit the following joint stipulation:

## RECITALS

By this Stipulation, the Parties hereby seek a continuance of the trial date and pre-trial dates and deadlines, as set forth below. The Parties believe that good cause exists for granting this Stipulation for the following reasons:

1. This matter is currently set for trial on May 5, 2008. Close of fact discovery is set for November 12, 2007. The last day to disclose experts is November 26, 2007. Close of expert discovery is January 11, 2008. The last day to hear dispositive motions is February 8, 2008. The pretrial conference is set for April 15, 2008.

2. The Parties request a continuance of the trial date, and all pretrial dates. Good cause exists for several reasons. First, Plaintiff has very recently changed counsel. Plaintiff's newly appointed counsel has previously scheduled trial in another matter that will overlap with May 5, 2008 trial date. In addition, Plaintiff, who claims disability benefits in this action, is engaged in a one-year vocational rehabilitation training program in nuclear medicine. Final examinations for this program are scheduled for May 2008 followed thereafter by California State Certification examinations in June-July 2008. Plaintiff contends that failure to take these examinations will result him being unable to pursue his chosen livelihood. Further, the parties, and Plaintiff's newly-appointed counsel in particular, require additional time to conduct discovery in this matter, which is expected to be complex and lengthy. Finally, the parties attended an early neutral evaluation session in which significant inroads to settlement were achieved. The parties are currently in the process of selecting a private mediator, expect to complete mediation of this matter in the next 90 days, and believe that this case has a strong potential to be resolved in mediation, which would

-2-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

JOINT STIPULATION TO CONTINUE THE TRIAL DATE    CASE NO.: C 07-00276 JSW

1  thereby avoid the extensive time and costs of litigation and would provide for judicial economy. An
2  extension on the deadline for discovery and other related deadlines will give the ADR process the
3  best chance for success.

4      3.     The Parties have never requested continuances of trial dates and pretrial deadlines in
5  this action.

6      4.     Therefore, the Parties believe that a continuance as set forth below is warranted.

## PARTY STIPULATION

WHEREFORE, by this Stipulation, the Parties hereby seek and stipulate, subject to Court approval, that the trial date and related dates and deadlines be continued as set forth in the proposed order below.

IRA A. FREYDKIS, ESQ.

Dated: October 4, 2007

By: _____
IRA A. FREYDKIS
Attorneys for Plaintiff Doctor Chris Amore

Dated: October 4, 2007

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A. S. NEWMAN
Attorneys for Defendants Metropolitan Life Insurance Company and Lincoln National Life Insurance Company

-3-
JOINT STIPULATION TO CONTINUE THE TRIAL DATE      CASE NO. C 07-00276 JSW

## [PROPOSED] ORDER

Pursuant to the Parties' Joint Stipulation to Continue the Trial Date, and good cause appearing therefore, **IT IS SO ORDERED** as follows:

The pretrial and trial schedule previously announced by this Court is **VACATED**, and the Court adopts in its place the following pretrial schedule:

[1] Close of fact discovery is: ~~April 11, 2008 [or~~ March 28, 2008 ].

[2] Last day to disclose experts is: ~~April 25, 2008 [or~~ April 11, 2008 ].

[3] Close of expert discovery is: ~~June 12, 2008 [or~~ May 29, 2008 ].

[4] Last day for hearing on dispositive motions is: ~~July 11, 2008 at 9:00 a.m. [or~~ June 27, 2008 at 9:00 a.m. .]

[5] Pretrial Conference is: **August 25, 2008 at 2:00 p.m** ~~[or~~ .]

[6] Jury Trial will take place **September 15, 2008, at 8:30 a.m.** ~~[or~~ ].

DATE: October 10, 2007

UNITED STATES DISTRICT COURT JUDGE, NORTHERN DISTRICT OF CALIFORNIA

By: /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Court Judge

-4-
JOINT STIPULATION TO CONTINUE THE TRIAL DATE — CASE NO.: C 07-00276 JSW