IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOCTOR CHRIS AMORE,

    Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10,

    Defendants.

No. C 07-00276 JSW

**ORDER DIRECTING PARTIES TO FILE STATUS REPORT**

On October 5, 2007, the parties filed a stipulation informing the Court that they intended to engage in and complete mediation within ninety days. The Court HEREBY DIRECTS the parties to file a joint status report by no later than February 28, 2008 informing the Court of whether the parties reached a settlement.

**IT IS SO ORDERED.**

Dated: February 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE