| | |
|---|---|
| 1 | Royal F. Oakes (080480), roakes@barwol.com |
| 2 | Michael A. S. Newman (205299), newman@barwol.com |
|   | BARGER & WOLEN LLP |
| 3 | 633 West Fifth Street, 47th Floor |
|   | Los Angeles, California 90071 |
| 4 | Telephone: (213) 680-2800 |
|   | Facsimile: (213) 614-7399 |

Attorneys for Defendants
Lincoln National Life Insurance Company and
Metropolitan Life Insurance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DOCTOR CHRIS AMORE, | CASE NO.: C 07-00276 JSW |
| Plaintiff, | Honorable Jeffrey S. White |
| vs. | STIPULATION RE DISMISSAL; [PROPOSED] ORDER |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 10,, | |
| Defendants. | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\177\08pleadings\stipulation re dismissal.doc

STIPULATION RE DISMISSAL; [PROPOSED] ORDER

# STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Chris Amore and Defendants Metropolitan Life Insurance Company and Lincoln National Life Insurance Company, by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his or its own costs, including attorneys' fees.

IRA A. FREYDKIS, ESQ.

Dated: February 7, 2008

By: _____
IRA A. FREYDKIS
Attorneys for Plaintiff Doctor Chris Amore

Dated: February 7, 2008

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A. S. NEWMAN
Attorneys for Defendants Metropolitan Life Insurance Company and Lincoln National Life Insurance Company

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or its own costs and attorneys' fees.

DATED: February 21, 2008

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
STIPULATION RE DISMISSAL; [PROPOSED] ORDER